Daniel Feinberg, CA Bar No. 135983
Cassie Springer-Sullivan – CA Bar No. 221506
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
dfeinberg@lewisfeinberg.com
cssullivan@lewisfeinberg.com

Attorneys for Plaintiff
HAILEY GABRIEL


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL (Bar No. 99802)
MICHAEL N. WESTHEIMER (Bar No. 171938)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendant
FAIR, ISAAC AND COMPANY, INC. EMPLOYEE
WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAILEY GABRIEL,<br><br>　　　Plaintiff,<br><br>v.<br><br>FAIR, ISAAC AND COMPANY, INC. EMPLOYEE WELFARE PLAN,<br><br>　　　Defendant. | CASE NO. C 07-01454 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Judge:　　Hon. Maxine M. Chesney<br>Courtroom:　7, 19th Floor |

Plaintiff Hailey Gabriel and Defendant Fair, Isaac and Company, Inc. Employee Welfare Plan (collectively, the "parties"), by and through their respective counsel, hereby stipulate as follows:

1  WHEREAS, an Initial Case Management Conference is currently set to take place in this action on June 22, 2007 at 10:30 a.m.;

WHEREAS, the parties are engaging in ongoing discussions in an effort to resolve this matter, and believe they can reach a resolution within the next 30 days;

WHEREAS, the parties wish to avoid the time and expense of further litigation as they continue their efforts to reach a resolution;

NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court vacate the Initial Case Management Conference currently set for June 22, 2007 at 10:30 a.m., and reschedule the Initial Case Management Conference to take place on July 27, 2007 at 10:30 a.m., with all related deadlines to be based on the rescheduled date.

IT IS SO AGREED AND STIPULATED.

DATED: May 31, 2007           LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: _____
Daniel Feinberg
Cassie Springer-Sullivan
Attorneys for Plaintiff, Hailey Gabriel

DATED: May 31, 2007           SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Rebecca A. Hull
Michael N. Westheimer
Attorneys for Defendant, Fair, Isaac and Company, Inc. Employee Welfare Plan

IT IS SO ORDERED.

Dated: June 1, 2007           _____
Hon. Maxine M. Chesney
United States District Judge