Daniel Feinberg (CA Bar No. 135983)
Cassie Springer-Sullivan (CA Bar No. 221506)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839
Email: dfeinberg@lewisfeinberg.com
       cssullivan@lewisfeinberg.com

Attorneys for Plaintiff
HAILEY GABRIEL


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  (CA Bar No. 99802)
MICHAEL N. WESTHEIMER  (CA Bar No. 178938)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendant
FAIR, ISAAC AND COMPANY, INC. EMPLOYEE
WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAILEY GABRIEL,<br><br>Plaintiff,<br><br>v.<br><br>FAIR, ISAAC AND COMPANY, INC. EMPLOYEE WELFARE PLAN,<br><br>Defendant. | CASE NO. C 07-01454 MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES DUE TO ANTICIPATED SETTLEMENT<br><br>Judge:      Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor |

Plaintiff Hailey Gabriel and Defendant Fair, Isaac and Company, Inc. Employee Welfare Plan (collectively, the "parties"), by and through their respective counsel, hereby stipulate as follows:

1     WHEREAS, an Initial Case Management Conference was previously set to take place in
2 this action on June 22, 2007, and was continued pursuant to a stipulation and order entered on
3 June 1, 2007 due to the parties' ongoing settlement discussions to resolve this matter;

4     WHEREAS, at the time the previous stipulation and order was entered, the parties
5 anticipated that they could reach a resolution within 30 days, and accordingly, the CMC was
6 rescheduled to take place on July 27, 2007;

7     WHEREAS, the parties' efforts to resolve this matter are ongoing, and although the
8 matter is not yet resolved they anticipate a resolution will be reached within 30 days;

9     WHEREAS, the parties wish to avoid the time and expense of further litigation as they
10 continue their efforts to reach a resolution;

11     NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
12 vacate the Initial Case Management Conference currently set for July 27, 2007 at 10:30 a.m., and
13 reschedule the Initial Case Management Conference to take place on August 31, 2007 at 10:30
14 a.m., with all related deadlines to be based on the rescheduled date.

15     IT IS SO AGREED AND STIPULATED.

16 DATED: July 19, 2007     LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

17     By: /s/ Daniel Feinberg
18     Daniel Feinberg
    Cassie Springer-Sullivan
19     Attorneys for Plaintiff, Hailey Gabriel

20 DATED: July 19, 2007     SEDGWICK, DETERT, MORAN & ARNOLD LLP
21
22     By: /s/ Rebecca A. Hull
    Rebecca A. Hull
23     Michael N. Westheimer
    Attorneys for Defendant, Fair, Isaac and
24     Company, Inc. Employee Welfare Plan

25 IT IS SO ORDERED.
26 Dated: July 23, 2007
27     Hon. Maxine M. Chesney
    United States District Judge
28