Daniel Feinberg (CA Bar No. 135983)
Cassie Springer-Sullivan (CA Bar No. 221506)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile:  (510) 839-7839
Email:  dfeinberg@lewisfeinberg.com
        cssullivan@lewisfeinberg.com

Attorneys for Plaintiff
HAILEY GABRIEL


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  (CA Bar No. 99802)
MICHAEL N. WESTHEIMER  (CA Bar No. 178938)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendant
FAIR, ISAAC AND COMPANY, INC. EMPLOYEE
WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAILEY GABRIEL,<br><br>   Plaintiff,<br><br>v.<br><br>FAIR, ISAAC AND COMPANY, INC. EMPLOYEE WELFARE PLAN,<br><br>   Defendant. | CASE NO. C 07-01454 MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR FURTHER CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES DUE TO ANTICIPATED SETTLEMENT<br><br>Judge:      Hon. Maxine M. Chesney<br>Courtroom:  7, 19th Floor |

   Plaintiff Hailey Gabriel and Defendant Fair, Isaac and Company, Inc. Employee Welfare Plan (collectively, the "parties"), by and through their respective counsel, hereby stipulate as follows:

1   WHEREAS, an Initial Case Management Conference was initially set to take place in this
2   action on June 22, 2007, and was continued twice pursuant to stipulations and orders entered on
3   June 1, 2007 and July 23, 2007, respectively, due to the parties' ongoing settlement discussions to
4   resolve this matter;

5   WHEREAS, at the time the previous stipulation and order was entered, the parties
6   anticipated that they could reach a resolution within 30 days, and accordingly, the CMC was
7   rescheduled to take place on August 31, 2007;

8   WHEREAS, the parties' efforts to resolve this matter are ongoing, and although the
9   matter is not yet resolved they anticipate a resolution will be reached within the next two weeks;

10  WHEREAS, the parties wish to avoid the time and expense of further litigation as they
11  continue their efforts to reach a resolution;

12  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
13  vacate the Initial Case Management Conference currently set for August 31, 2007 at 10:30 a.m.,
14  and reschedule the Initial Case Management Conference to take place on September 14, 2007 at
15  10:30 a.m., with all related deadlines to be based on the rescheduled date.

16  IT IS SO AGREED AND STIPULATED.

17  DATED: 8/28, 2007        LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

18                           By: _____
19                               Daniel Feinberg
                                 Cassie Springer-Sullivan
20                               Attorneys for Plaintiff, Hailey Gabriel

21  DATED: 8/28, 2007        SEDGWICK, DETERT, MORAN & ARNOLD LLP
22
                             By: _____
23                               Rebecca A. Hull
                                 Michael N. Westheimer
24                               Attorneys for Defendant, Fair, Isaac and
                                 Company, Inc. Employee Welfare Plan
25

26  IT IS SO ORDERED.
27  Dated: August 29, 2007   _____
28                           Hon. Maxine M. Chesney
                             United States District Judge