Daniel Feinberg (CA Bar No. 135983)
Cassie Springer-Sullivan (CA Bar No. 221506)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile:  (510) 839-7839
Email:  dfeinberg@lewisfeinberg.com
        cssullivan@lewisfeinberg.com

Attorneys for Plaintiff
HAILEY GABRIEL


SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  (CA Bar No. 99802)
MICHAEL N. WESTHEIMER  (CA Bar No. 178938)
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: rebecca.hull@sdma.com
       michael.westheimer@sdma.com

Attorneys for Defendant
FAIR, ISAAC AND COMPANY, INC. EMPLOYEE
WELFARE PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAILEY GABRIEL,<br><br>   Plaintiff,<br><br>   v.<br><br>FAIR, ISAAC AND COMPANY, INC. EMPLOYEE WELFARE PLAN,<br><br>   Defendant. | CASE NO. C 07-01454 MMC<br><br>**STIPULATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES DUE TO ANTICIPATED SETTLEMENT; ORDER THEREON**<br><br>Judge:        Hon. Maxine M. Chesney<br>Courtroom:    7, 19th Floor |

Plaintiff Hailey Gabriel and Defendant Fair, Isaac and Company, Inc. Employee Welfare Plan (collectively, the "parties"), by and through their respective counsel, hereby stipulate as follows:

1  WHEREAS, the parties have previously submitted several stipulations to continue Case
2  Management Conferences and related deadlines due to the parties' ongoing settlement
3  discussions to resolve this matter, which all have been approved by the Court;
4  WHEREAS, the parties' efforts to resolve this matter are ongoing, and although the
5  matter is not yet resolved they anticipate a resolution will be reached within the next three
6  weeks;
7  WHEREAS, the parties wish to avoid the time and expense of further litigation as they
8  continue their efforts to reach a resolution;
9  NOW, THEREFORE, the parties hereby stipulate to and mutually request that the Court
10 vacate the Case Management Conference currently set for October 12, 2007 at 10:30 a.m., and
11 reschedule the Case Management Conference to take place on November 2, 2007 at 10:30 a.m.,
12 with all related deadlines to be based on the rescheduled date.
13 IT IS SO AGREED AND STIPULATED.

DATED:  October 11, 2007          LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By:   /s/  (as authorized on 10/10/07)
    Daniel Feinberg
    Attorneys for Plaintiff, Hailey Gabriel

DATED:  October 11, 2007          SEDGWICK, DETERT, MORAN & ARNOLD LLP

By:   /s/
    Michael N. Westheimer
    Attorneys for Defendant, Fair, Isaac and
    Company, Inc. Employee Welfare Plan

IT IS SO ORDERED.  A Joint Case Management Statement shall be filed no later than October 26, 2007.

Dated: October 11, 2007                    _____
                                            Hon. Maxine M. Chesney
                                            United States District Judge

-2-                                         CASE NO. C 07-01454 MMC
STIPULATION AND ORDER FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE