IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HAILEY GABRIEL,

    Plaintiff,

  v.

FAIR, ISAAC AND COMPANY, INC. EMPLOYEE WELFARE PLAN,

    Defendant

No. C 07-1454 MMC

**ORDER OF DISMISSAL**

    The parties having advised the Court that they have agreed to a settlement of the above-titled action,

    IT IS HEREBY ORDERED that plaintiff's claims be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar to be set for trial.

    The November 2, 2007 Case Management Conference is VACATED.

    **IT IS SO ORDERED.**

Dated: October 31, 2007

MAXINE M. CHESNEY
United States District Judge